Carl CHAPMAN, Plaintiff-Appellant,

v.

TRUSTEES OF the UNITED MINE WORKERS HEALTH & RETIREMENT FUNDS, Defendant-Appellee.

No. 00-1714.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 20, 2000.

Decided Jan. 5, 2001.

John M. Lamie, Browning & Lamie, P.C., Abingdon, VA, for appellant. Glenda S. Finch, Deputy General, Kathleen M. Dowd, Assistant General, Umwa Health & Retirement Funds, Washington, DC, for appellee.

Before WILKINS and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Carl Chapman appeals the district court's final judgment upholding the denial of disability benefits by the Trustees of the United Mine Workers of America 1974

Pension Trust. We find that the Trustees' decision was supported by substantial evidence and was not an abuse of discretion. Accordingly, we affirm on the reasoning of the district court. *See Chapman v. Trustees of the UMW Health & Retirement Funds*, No. CA–99–183–1 (W.D.Va. Apr. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

*AFFIRMED.*